FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 18 2022

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

RECEIVED
US DISTRICT COURT
EASTERN DISTRICT ARKANSAS

2022 JAN 18 A 9:44

TAMMY H. DOWNS

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### _CENTRAL_ DIVISION

CASE NO. 4:22-cv-00046-LPR-ERE

Jury Trial: ☑ Yes ☐ No
(Check One)

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Alonzo HAMPTON
ADC # 137559

Address: Maximum Security Unit / 2501 STATE FARM Rd Tucker, AR 72168

Name of plaintiff: _____
ADC # _____

Address: _____

*This case assigned to District Judge Rudofsky and to Magistrate Judge Ervin*

Name of plaintiff: _____
ADC # _____

Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. ✗ Name of defendant: Claudia HARRIS

Position: Deputy Warden

Place of employment: ArKANSAS Department of Correction

Address: 6814 Princeton Pike Dr. Pine Bluff, AR 71602

✗ Name of defendant: Director Dexter PAYNE / Deputy Director William Straughn

Position: ADC Director / ADC Deputy Director

Place of employment: Arkansas Department of Correction

Address: 6814 Princeton Pike Dr pine Bluff, AR 71602

✗ Name of defendant: Jeffery Deen / Cynithia Gaines

Position: ADC Major / Internal Affairs investigator

Place of employment: Arkansas Department of correction

Address: 6814 princeton pike Dr Pine Bluff, AR 71602

✗ Name of defendant: James Shipman

Position: Warden

Place of employment: Arkansas Department of Correction/maximum security Unit

Address: 2501 State Farm Rd Tucker, AR 72168

II.  Are you suing the defendants in:

  ☐  official capacity only
  ☐  personal capacity only
  ☑  both official and personal capacity

III. Previous lawsuits

  A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

  Yes ✗   No ___

  B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

  ☐  Parties to the previous lawsuit:

  Plaintiffs: Alonzo Hampton ADC 137555

  Defendants: Clandia Harris, Dexter payne, Jeffery Deen

-5-

☑ Court (if federal court, name the district; if state court, name the county):

U.S. District Court Eastern District of Arkansas

☑ Docket Number: 4:21-CV-00714-BSM-JJV

☑ Name of judge to whom case was assigned: Judge Brian S. Miller

☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) Case was Dismissed for Failure to Exhaust

☐ Approximate date of filing lawsuit: August 9, 2021

☐ Approximate date of disposition: January 3, 2022

IV. Place of present confinement: Arkansas Department of Correction/Maximum Security Unit

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

__X__ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

_____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes __X__ No _____

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

-6-

Yes _X_   No ___

If not, why? _____

_____

VII. Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

The Plaintiff, Alonzo Hampton, is being subjected to cruel and unusual punishment in the sense that there is a clear, obvious and foreseeable threat to his life in the form of an active hit being placed on his life by a racist hate group known as The Aryan Nation. The Aryan Nation has issued a stab-on-sight order known as a S.O.S to its members and order coming from The Aryan Nation has resulted in attempts being made on the plaintiff's life. The defendants ADC Director Dexter Payne, ADC Deputy Director William Straughn, Maximum Security Unit Warden James Shipmen, Deputy Warden Claudia Harris, ADC Correctional Major Jeffery Deen and Internal Affairs Investigator Cynthia Gaines have each personally and collectively failed in their individual official capacities to investigate, address, acknowledge, or take any kind of measures once so ever to combat, naturalize, and eliminate this clear, obvious, and well known threat to the plaintiff's life. I have defendants and proved them with evidence that 1) Attempts have been made on my life, 2. My family has been extorted out of money by The Aryan Nation, 3) My family has been threaten, 4) I have been sexually harrassed by members of The Aryan Nation,

-7-

and it seems as if the defendants, who by the way can easily resolve this issue, refuse to do anything about this issue. There is an active hit on my life placed there by the Aryan nation and this matter is not being addressed, therefore my life is being placed in legitimate danger. Every time I write a grievance or inform staff or the defendants about this threat they in turn inform high ranking members of this racist hate group thus earning me the lable of a snitch also further jeopardizing my safety in an enviroment were snitches are automatically targeted and harmed. There is an Aryan hit on my life and I declare under the penalty of perjury that all the information within this complaint is true and correct. The Supreme Court has clarified that being assaulted by other inmates is not "part of the penalty that criminal offenders pay for their offenses." I have stated facts suggesting that objectively, there is "a substantial risk of harm" and that subjectively all the named defendants are being deliberately indifferent "to that risk." The plaintiff has told the defendants on several occasions, along with calling the prison hotlines, informing them that members of the Aryan nation have an active hit on his life and a standing stab on sight order on him but despite this knowledge, the defendants have housed him in cells right next to members of this racist hate group resulting in attempts on his life, extortion, verbal and psychological torture, sexual harrasment and threats aim at not just the plaintiff's life but also that of his family's, and just because the plaintiff is in an one man cell doesn't mean anything because over the last three years, seven inmates at this unit have been stabbed while in one-man cells, like I am currently in, due to the extreme lack of security. A prisoner is required to plead facts suggesting there is a substantial risk of harm, I have shown that and will submitt to a stress test to prove it. On this point, the United States Supreme Court has clarified "deliberate indifference does not require a prisoner seeking a remedy for unsafe conditions to await a tragic event such as an actual assault before obtaining relief." And, the Constitution does not require "prisoners to suffer physical injury before obtaining court-ordered correction of objectively inhumane prison conditions." There are 231 one man cells within the Department of Correction that only has one cell next to it I can be housed in any one of these 231 cells and I am simply asking that the one cell next to me be left vacant or that it be verified that no one affiliated with the Aryan nation is housed in that one cell. My life matters and I am not trying to be killed in this prison.

I, Alonzo Hampton, declares under the penalty of perjury that everything contained in this complaint is true and correct.

Respectfully submitted
Alonzo Hampton 137558
Alonzo Hampton 137558
maximum security unit
2501 State Farm Rd
Tucker, AR 72168

STATEMENT OF CLAIM (cont) 5.) I have been verbally abused and psychologically tortured, with members of The Aryan Nation continuously telling the plaintiff things like "Nigger Kill yourself or we will kill your family" and "Nigger before we kill you we going to make suck this white Di**". The psychological torture got so bad that the plaintiff attempted to commit suicide at least seven different times within the last year, 6.) The plaintiff was forced to buy drugs for members of The Aryan Nation and anytime that the plaintiff said no then these members of The Aryan Nation would start sharpen homemade knives on the floor of their cell in order to remind the plaintiff of The active 'hit on the plaintiff's life. The plaintiff has begged the defendants to give him a voice stress analysis test so that they can see that the plaintiff is telling the truth about this entire matter, The plaintiff has wrote grievances, filed a PREA complaint, requested protective custody and has just simply ask that a member of The Aryan Nation not be housed in the cell next door to him but the defendants have done absolutely nothing concerning this situation in fact they have even went as far as purposely housing members of The Aryan Nation right next door the plaintiff. The plaintiff gave the defendants several documents and letters that actually came from The Aryans that ordered the hit and again nothing was did. Recently the plaintiff was told to stop snitching by staff, The plaintiff fears for his life because I can only run for so long before I have no where else to run to. There is an extreme shortage of staff no one performs security rounds and the inmates here are left un supervised for long periods of time with no protection. I have informed Warden James Shipman, Deputy Warden Claudia Harris, Director Dexter Payne, Deputy Director William Straugh, Correctional Major Jeffery Deen, Internal Affairs Investigator Cynthia Gaines, The Governor's office, The Arkansas Board of Corrections, and the Criminal Justice Task Force that The Aryan Nation specifically the N.A.E. (New Aryan Empire), Aryan Circle, 100 peckerwood, and The W.A.R. (White Aryan Resistance) Fractions have an active hit on my life at the maximum security unit and being in an one man cell does not negate this "active hit" because since 2017 more inmates have be stabbed in restrictive housing (Ad.Seg) and punitive Isolation than in General population at the maximum security unit, more homemade knives have been found in Ad. Seg and punitive housing than in General population at the maximum security unit therefore factually by the record Ad. Seg and punitive housing are more dangerous than General population at this prison. Twice punitive housing has been taken over by prisoners and several officers were taken hostage several prisoners were stabbed and almost killed. At the maximum security unit at six prisoners have been able to commit suicide and were found in their cells hanging because there is not enough staff here to properly supervise and protect the inmates. Dylan Houick, Berry Turner, Chiffs Pittman, LaDarius Green were all stabbed while staff did nothing to protect them and while they were all housed in an one man cell these are documented facts, Again I will submitt to a voice stress analysis test that not only is this Aryan hit real but that all the things I stated happen to are actual happen. I have already sent documents to The Governor's office, The United States District Court, The ADC Administration, The Criminal Justice Task Force, Channel 4 and Channel 7 news, My Aunt Freddie Mae Jacobs, My Aunt Lakeisha Davis The ADC Board of Corrections and The Arkansas Parole Board. My family has called the defendants on my behalf about this matter repeatedly

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am asking This Honorable Court for injunctive relief or any kind of direct Intervention immediately because my life is in actual immediated danger and I do not want to die or be killed at This prison. I am seeking injunctive relief

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 11Th day of JANUARY, 2022.

_Ugo Onyi #137559_

_____

Signature(s) of plaintiff(s)

-8-

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)
Unit/Center __Maximum Security__
Name __Alonzo Hampton/KEMIT OSIRIS__
ADC# __137559__   Brks # __west 16__   Job Assignment _____

RECEIVED DEC 08 2021 INMATE GRIEVANCES ADMINISTRATION SUPERVISOR BUILDING

FOR OFFICE USE ONLY
GRV. # __MX21-01702__
Date Received: __11-29-21__
GRV. Code #: __900__

__11/18/21__ (Date) STEP ONE: Informal Resolution

__11/24/21__ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: __This issue is not resolved__

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

*Is this Grievance concerning Medical or Mental Health Services?* _____ *If yes, circle one: medical or mental*
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): I have informed warden Shipman, Deputy warden Claudia Harris, Director Dexter Payne, Assistant Director William Straughn, The Governor's office, The Arkansas Board of Corrections and Jeffery Dean along with Cynthia Gaines that The Aryan Nation specifically The N.A.E. Fraction has an active hit on my life at The Maximum Security Unit. Being in an ONE man cell does not negate this hit because since 2017 more inmates have been stabbed on restrictive housing and in punitive isolation than in General population at The Maximum Security Unit. I will submit to a voice stress analysis test to prove that this hit is real. I have already sent documents to The Governor's office, The Criminal Justice Task Force, Channel 4 CAB Channel 7 Inc My Aunt Freddie Jacobs Attorney William James and The Board of Corrections. There is an active hit on my life at this unit and this matter is not being addressed and therefore my life is being placed in legitimate danger. There is an Aryan hit on my life and I declare under the penalty of perjury that this is true and correct.

__Alonzo Hampton/Kemit Osiris #137559__        __11/18/21__
Inmate Signature                                  Date

*If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**
This form was received on __11/18/21__ (date), and determined to be **Step One** and/or an Emergency Grievance __NO__ (Yes or No). This form was forwarded to medical or mental health? __NO__ (Yes or No). If yes, name of the person in that department receiving this form: _____   Date _____
__Shelby Houston__        __11371__        __Shelby Houston__        __11/18/21__
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature        Date Received
Describe action taken to resolve complaint, including **dates**: _____

_____                                           __Alonzo Hampton #137559  11/24/21__
Staff Signature & Date Returned                   Inmate Signature & Date Received
This form was received on __11/24/21__ (date), pursuant to Step Two. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____        Date: __11/24/21__
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: __11/24/21__
If forwarded, provide name of person receiving this form: _____        Date: _____

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

ADCF-15

West 116

IGTT400   Attachment II
3GR

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate  Osiris/Hampton, Kemit/Alonzo M.    ADC #: 137559A
FROM: King, Ashley N    TITLE: Administrative Specialist I
DATE: 11/29/2021    GRIEVANCE #: MX-21-01702

Please be advised, I have received your Grievance dated 11/18/2021 on 11/29/2021.
Your grievance was rejected as either non-grievable, untimely, duplicative, frivolous, or vexatious.

*Ashley King*
Signature of Administrative Specialist I



## CHECK ONE OF THE FOLLOWING

☐ This Grievance will be addressed by the Warden/Center Supervisor or designee.
☐ This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.
☐ This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.
☐ This Grievance has been determined to be an emergency situation, as you so indicated.
☐ This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.
☒ This Grievance was REJECTED because it was either non-grievable ( Involves an anticipated event ), untimely, was a duplicate of , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. If you do not receive communication regarding your grievance by the date listed above, you may move to the next level of the process. To do so, indicate in the Inmate's Appeal Section below that you did not receive a response and mail it to the appropriate Chief Deputy/Deputy/Assistant Director within five working days. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

This is not an anticipated even
Again This is evidence that the maximum security unit refuses to address the ongoing hit on m
life This is one has been an ongoing matter and these actions continue to place my life in
Jeopardy. I am exhausting remedies against all named par.

*why mgt/Kemit Osiris #137559*

*why mgt/Kemit Osiris #137559*
Inmate Signature

ADC#: 137559    11/24/21   Date

If appealing a rejection, please include both the Unit Level Grievance
Form (Attachment I) and the Rejection (Attachment II)

IGTT400    Page 1 of 1

IGTT430
3GD

Attachment VI

INMATE NAME: Osiris/Hampton, Kemit/Alonzo M.   ADC #: 137559   GRIEVANCE#:MX-21-01702

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

On November 18, 2021, you stated the following complaint: "I have informed Warden Shipman, Deputy Warden Claudia Harris, Director Dexter Payne, Assistant Director William Straughn, the governor's officer, the Arkansas Board of Corrections and Jeffery Deen along with Cynthia Gaines that the ayran nation specifically the N.A.E. fraction has an active hit on my life at the Maximum Security Unit. Being in an one man cell does not negate this hit because since 2017 more inmates have been stabbed on restrictive housing and in punitive isolation than in general population at the Maximum Security Unit. I will submit to a voice stress analysis test to prove that this hit is real I have already sent documents to the governor's office, the criminal justice task force, channel 4 and channel 7 news, my Aunt Freddie Jacobs, Attorney William James and the board of corrections. There is an active hit on my life at this unit and this matter is not being addressed and therefore my life is being placed in legitimate danger. There is an ayran hit on my life and I declare under the penalty of perjury that this is true and correct."

Your unit level grievance was rejected on November 29, 2021, due to being a future anticipated event.

Your appeal was received on December 8, 2021. After review of your appeal and supporting documentation, I find your grievance is not a future anticipated event. However, you have not provided any evidence to support your allegations. Your appeal is without merit.

Appeal denied.

_____   ___12-14-21___
Director                    Date

Please be advised that if you appeal this decision to the U.S. District Court, a copy of this Chief Deputy/Deputy/Assistant Director's Decision must be attached to any petition or complaint or the Court may dismiss your case without notice. You may also be subject to paying filing fees pursuant to the Prison Litigation Act of 1995.

Case 4:22-cv-00046-LPR  Document 2  Filed 01/18/22  Page 11 of 12
Case: 4:21-cv-00714-BSM-JJV  Document #: 2-0  Filed: 08/09/2021  Page 8 of 9
Case: 4:20-cv-00892-KGB-JTK  Document #: 33-0  Filed: 03/04/2021  Page 14 of 14

| AR DOC | ARKANSAS DEPARTMENT OF CORRECTION | PAGE: 18 of 61 |
|---|---|---|
| REPORT NO. OTCR118 | TIME COMPUTATION CARD | PROCESSED: 08/13/2018 08:52 AM |
| | | REQUESTOR: Jennifer Downen |

**INMATE NAME:** Hampton, Alonzo M   **ADC #:** 137559A

**LOCATION:** Cummins Unit   **HOUSING:** EASTN03U   **CLASS:** IV   **OF:** 08/10/2018

You have been committed to the ADC to serve the following sentences. The release dates listed below are only a projection and include all good time which can be earned based on your current class. If all projected good time is not earned, these release dates will change.

| CMT. | OFFENSE | FEL CLS | DOCKET NUMBER | COUNTY NAME | TOTAL SENTENCE YY/MM/DD | | PE/TE | JAIL TIME |
|---|---|---|---|---|---|---|---|---|
| AA-001 | Theft Of Property | B | CR-2006-57 | Bradley | 0y 84m 0d | IN | 4/3* | 220 |
| AA-002 | Aggravated Robbery | Y | CR-2006-57 | Bradley | 0y 156m 0d | CS | 70%* | 0 |

**TOTAL SENTENCE LENGTH** 20y 0m 0d

**RELEASE DATES:**   **TRANSFER ELIGIBILITY DATE:** 01/25/2017

**DISCHARGE DATE:** 04/07/2026

I don't went to be killed here I am only doing a year denial Before I go back up for parole please do not just stand by and allow these people the opprotunity to have me killed. My life is in danger The Aryan Nation has a hit on me at The maximum security unit prison located in Tucker, AR Therefore if I am killed here it was not by chance because each one of these defendants knew about this Threat before hand Thus There is no Supprise if something happens to me. I just went to make it home to my family

Alonzo Hampton ADC
137559
Maximum Security Unit
2501 State Farm Rd
Tucker, AR 72168

MAXIMUM SECURITY UNIT

NEOPOST
01/14/2022
US POSTAGE

United States District Court
Richard Sheppard Arnold United States Courthouse
Clerk's Office
600 W. Capitol Avenue
Suite A-149
Little Rock, Arkansas 72201