IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ALONZO HAMPTON**                                                                                             **PLAINTIFF**
**ADC # 137559**

v.                                      Case No.: 4:22-CV-00046-LPR

**CLAUDIA HARRIS** *et al.*                                                                                 **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered today, this case is DISMISSED with prejudice.

IT IS SO ADJUDGED this 8th day of May 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE